IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs identify the following parent corporations and publicly held corporations owning 10% or more of their stock:

- For Aktiebolaget Draco and AstraZeneca LP:
  AstraZeneca PLC and Zeneca Wilmington, Inc.

- For KBI Inc. and KBI-E Inc.:
  Merck & Co., Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Jeffrey B. Elikan
Edward H. Rippey
Andrea G. Reister
Sarah J. Chickos
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

May 22, 2008