IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 08-305-JJF <br><br> JURY TRIAL DEMANDED |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Dana E. Schaffner, Esquire, of Winston Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, Tel. 312-558-5600, Fax 312-558-5700, to represent the Defendants in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Attorney for: Defendants

Date: June 24, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                                                                                 J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _____ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

_____
Dana E. Schaffner, Esquire
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: June 18, 2008