IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 08-305-GMS <br><br> **STIPULATION OF DISMISSAL OF COMPLAINT AND PROSPOSED ORDER** |

**STIPULATION OF DISMISSAL OF COMPLAINT AND [PROPOSED] ORDER**

Plaintiffs AstraZeneca LP, Aktiebolaget Draco, KBI Inc. and KBI-E Inc. (collectively "Plaintiffs") hereby stipulate to dismiss the Complaint filed by Plaintiffs against Barr Pharmaceuticals, Inc. ("Barr Pharmaceuticals") in the above-captioned action. The action will continue against defendant Barr Laboratories, Inc. ("Barr Laboratories"). It is further stipulated that this dismissal is without prejudice, and is premised upon the following stipulations:

1. Barr Pharmaceuticals stipulates to be bound, to the same extent that Barr Laboratories will be bound, by any Final Judgment in the above-captioned action regarding infringement, validity and/or enforceability of United States Patent Nos. 6,423,340 and 5,643,602 with respect to the drug product that is the subject of Barr Laboratories' Abbreviated New Drug Application ("ANDA") No. 90-379.

2. Barr Pharmaceuticals stipulates that any Order granting preliminary or permanent injunctive relief in the above-captioned action against Barr Laboratories with respect to the approval, manufacture, importation, sale, use, or offer for sale of the drug product that is the subject of Barr Laboratories' ANDA No. 90-379 shall apply equally to Barr Pharmaceuticals.

3.    Barr Pharmaceuticals stipulates that, to the extent that it has documents, witnesses, and information in its custody and control that are relevant to the Complaint against Barr Laboratories, Barr Pharmaceuticals agrees to provide Plaintiffs with such documents, witnesses and information in response to discovery requests to Barr Laboratories, to the same extent Barr Pharmaceuticals would be required to do so in response to a subpoena to a non-party.

4.    The case caption should be amended to read: AstraZeneca LP, Aktiebolaget Draco, KBI Inc. and KBI-E Inc., Plaintiffs, v. Barr Laboratories, Inc., Defendant, Civil Action No. 08-305-JJF.

**SO STIPULATED**

Dated: July 25, 2008

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ James W. Parrett, Jr.* | */s/ John C. Phillips, Jr.* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| James W. Parrett, Jr. (#4292) | 1200 North Broom Street |
| 1201 North Market Street | Wilmington, DE 19806 |
| P.O. Box 1347 | (302) 655-4200 |
| Wilmington, DE 19899 | jcp@pgslaw.com |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorney for Defendants* |
| jparrett@mnatt.com | |
| *Attorneys for Plaintiffs* | |
| OF COUNSEL: | OF COUNSEL: |
| George F. Pappas | George C. Lombardi |
| Jeffrey B. Elikan | Bradley C. Graveline |
| Edward H. Rippey | Amy Flaherty Hartman |
| Andrea G. Reister | Eric L. Broxterman |
| Sarah J. Chickos | Dana E. Schaffner |
| Derek J. Fahnestock | Winston & Strawn LLP |
| Covington & Burling LLP | 35 West Wacker Drive |
| 1201 Pennsylvania Avenue, N.W. | Chicago, Illinois 60601 |
| Washington D.C. 20004 | (312) 558-5600 |
| (202) 662-6000 | |

2

**SO ORDERED**

Dated:_____          _____
                                      Honorable Gregory M. Sleet
                                      United States District Judge