IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., )<br>)<br>Defendants. ) | C.A. No. 08-305 (JJF) |

## ENTRY OF APPEARANCE

Please enter the appearance of Derek Fahnestock (Del. Bar No. 4705) of COVINGTON & BURLING LLP, 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004 on behalf of Plaintiffs.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ James W. Parrett, Jr.*

Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

George F. Pappas
Jeffrey B. Elikan
Edward H. Rippey
Andrea G. Reister
Sarah J. Chickos
Derek J. Fahnestock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

July 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John C. Phillips, Jr., Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

I also certify that copies were caused to be served on July 30, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

> John C. Phillips, Jr., Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806

> George C. Lombardi, Esquire
> Bradley C. Graveline, Esquire
> Amy Flaherty Hartman, Esquire
> Eric L. Broxterman, Esquire
> Dana E. Schaffner, Esquire
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, IL 60601

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)